MICHEL TCHLENOFF, Appellant, *v.* HARRY A. JACOBS et al., as Copartners doing Business under the Name of CITY FACTORS, Respondents.

Argued November 30, 1944; decided December 30, 1944.

*Borris M. Komar* for appellant.

*George Natanson* and *Louis P. Rosenberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.